IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

ROBERT J. RAY and
AMELIA RAY                                                                                          PLAINTIFFS

VS.                                          CASE NO. 07-CV-1076

ALBEMARLE CORPORATION
and MARCUS THOMAS                                                                          DEFENDANTS

## **ORDER**

Before the Court is a Joint Motion for Summary Judgment on Behalf of Defendants Albemarle Corporation and Marcus Thomas. (Doc. 19). Plaintiffs Robert Ray and Amelia Ray have responded. (Doc. 24). Defendants replied. (Doc. 27). For reasons discussed in the Memorandum Opinion of even date, the Court finds that the Defendants' Joint Motion for Summary Judgment should be and hereby is **DENIED**.

**IT IS SO ORDERED**, this 14th day of January, 2009.

                                                                                                 /s/ Harry F. Barnes
                                                                                              Hon. Harry F. Barnes
                                                                                            United States District Judge