IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

ROBERT J. RAY and
AMELIA RAY                                                                                        PLAINTIFFS

VS.                                         CASE NO. 07-CV-1076

MARCUS THOMAS                                                                                DEFENDANT

## ORDER

Before the Court is the Second Joint Motion for Summary Judgment filed by Defendant Marcus Thomas.[1] (Doc. 43). Plaintiffs Robert Ray and Amelia Ray have responded. (Doc. 46). Defendant Thomas replied. (Doc. 46). For reasons discussed in the Memorandum Opinion of even date, the Court finds that Defendant Thomas's Joint Motion for Summary Judgment should be and hereby is **GRANTED.** Plaintiffs' claims against Defendant Thomas are dismissed without prejudice.

**IT IS SO ORDERED**, this 21st day of August, 2009.

    /s/ Harry F. Barnes
Hon. Harry F. Barnes
United States District Judge

---

[1] At the time the Second Joint Motion for Summary Judgment (Doc. 43) was filed Albemarle Corporation was also a Defendant in this case. However, the Court previously dismissed Albemarle Corporation and rendered the Second Joint Motion for Summary Judgment moot as it applies to Albemarle Corporation. (Doc.63).